FILED ___ LODGED
___ RECEIVED

MAR 06 2017

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                                    DEPUTY

Magistrate Judge

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DAVID J. CLARKE,<br><br>    Defendant. | Case No. CR17-5023<br><br>SUPERSEDING INFORMATION<br>(Misdemeanor) |

The United States Attorney charges that:

## COUNT I

On or about November 30, 2016, at Joint Base Lewis-McChord, within the Western District of Washington, and within the special maritime and territorial jurisdiction of the United States, DAVID J. CLARKE did drive a motor vehicle in a reckless manner, with wanton disregard for persons or property.

All in violation of Title 18, United States Code, Sections 7 and 13, and R.C.W. 46.61.500.

## COUNT II

On or about November 30, 2016, at Joint Base Lewis-McChord, within the Western District of Washington, and within the special maritime and territorial jurisdiction of the United States, DAVID J. CLARKE did operate a motor vehicle subject to registration under chapter 46.16A of the Revised Code of Washington (R.C.W.) in this state without being

SUPERSEDING INFORMATION - Page 1
United States v. DAVID J. CLARKE, CR17-5023

Department of the Army
Special Assistant United States Attorney
Office of the Staff Judge Advocate
Box 339500 MS 69
Joint Base Lewis-McChord, Washington 98433-9500
(253) 477-1905 – (253) 477-1919 Fax
usarmy.jblm.i-corps.list.sja-sausa@mail.mil

insured under a motor vehicle liability policy, being self-insured as provided in R.C.W. 46.29.630, being covered by a certificate of deposit in conformance with R.C.W. 46.29.550, or being covered by a liability bond provided for in R.C.W. 46.29.090.

All in violation of Title 18, United States Code, Section 7, Title 40, United States Code, Section 1315, 32 C.F.R. Part 210, and RCW 46.30.020.

DATED this 6th day of March, 2017.

ANNETTE L. HAYES
United States Attorney

*/s/ Ellis R. Cortez*

ELLIS R. CORTEZ
Special Assistant United States Attorney

SUPERSEDING INFORMATION - Page 2
United States v. DAVID J. CLARKE, CR17-5023

Department of the Army
Special Assistant United States Attorney
Office of the Staff Judge Advocate
Box 339500 MS 69
Joint Base Lewis-McChord, Washington 98433-9500
(253) 477-1905 -- (253) 477-1919 Fax
usarmy.jblm.i-corps.list.sja-sausa@mail.mil