Case 3:17-cr-05023-KLS Document 14 Filed 03/06/17 Page 1 of 1

AO 245H (Rev. 9/00) Judgment in a Misdemeanor/Petty Offense Criminal Case (Short Form) Sheet 1 (USAO 01/28/2002; BJS 01/2006)

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (Short Form) |
| DAVID J. CLARKE | CASE NUMBER: CR17-5023 |

Joseph Cutter
_____
Defendant's Attorney

FILED ____ LODGED ____
____ RECEIVED
MAR 06 2017
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

☒ THE DEFENDANT pleaded guilty to count(s) I of a misdemeanor Superseding Information

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| RCW 46.61.500 | Reckless driving | 11/30/2016 | I |

☒ Count(s) II of the Superseding Information  ☒ is  ☐ are  dismissed on the motion of the United States.

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments are to be made as directed by the court.
**IT IS ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

| Total: | Fine | Assessment | Processing Fee | Payable Within/By: |
|---|---|---|---|---|
| $525.00 | $500.00 | $25.00 | $ 0 | 6 months |

Defendant's SSN: XXX-XX-3284
(Last 4 digits only)
Defendant's DOB: XX-XX-1985

Defendant's USM No.: _____

_____
Defendant's Signature

_____
Special Assistant United States Attorney

03/06/17
Date of Imposition of Judgment

_____
Signature of Judicial Officer

United States Magistrate Judge (Add Name of Judicial Officer)
3/6/17
Date